JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MARK PATRICK GANSERT, | ) No. 8:20-cv-00781-JGB (JDE) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ORANGE COUNTY SHERIFF DON BARNES, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that that the action is dismissed without prejudice.

Dated: June 19, 2020

_____
JESUS G. BERNAL
United States District Judge